```
DANIEL J. BRODERICK, #89424
Federal Defender
MICHAEL PETRIK, Jr., #177913
Assistant Federal Defender
Designated Counsel For Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorneys for Defendant
GERMAN GUTIERREZ-VENEGAS
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. 2:10-cr-00401-MCE |
|---|---|
| Plaintiff, | ) STIPULATION AND ORDER TO CONTINUE ) STATUS CONFERENCE TO DECEMBER 16, |
| v. | ) 2010, AT 9:00 A.M. |
| GERMAN GUTIERREZ-VENEGAS, | ) Date: December 2, 2010 ) Time: 9:00 a.m. |
| Defendant. | ) Judge: Hon. Morrison C. England |

THE PARTIES STIPULATE, through counsel, Michele Beckwith, Assistant United States Attorney, and Michael Petrik, Jr., attorney for German Gutierrez-Venegas, that the Court should vacate the status conference scheduled for December 2, 2010, at 9:00 a.m., and reset it for December 16, 2010, at 9:00 a.m.

Counsel for defendant requires further time to review discovery with Mr. Gutierrez.

The parties further stipulate that the Court should exclude the period from the date of this order through December 16, 2010, when it computes the time within which the trial of the above criminal prosecution must commence for purposes of the Speedy Trial Act.

1

The parties stipulate that the ends of justice served by granting Mr. Gutierrez's request for a continuance outweigh the best interest of the public and Mr. Gutierrez in a speedy trial, and that this is an appropriate exclusion of time for defense preparation within the meaning of 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) (Local Code T4).

Dated: November 29, 2010          Respectfully submitted,

DANIEL BRODERICK
Federal Defender

/s/ M.Petrik
_____
MICHAEL PETRIK, Jr.
Assistant Federal Defender

Dated: November 29, 2010          BENJAMIN B. WAGNER
United States Attorney

/s/ M.Petrik for
_____
MICHELE BECKWITH
Assistant U.S. Attorney

2

**ORDER**

**IT IS SO ORDERED.** The status conference is continued to December 16, 2010, at 9:00 a.m. The court finds that a continuance is necessary for the reasons stated above, and further finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. Time is therefore excluded from the date of this order through December 16, 2010, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

Dated: November 30, 2010

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE