1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  MICHAEL PETRIK, Jr., #177913
   Assistant Federal Defender
3  Designated Counsel For Service
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone: (916) 498-5700
5

6  Attorneys for Defendant
   GERMAN GUTIERREZ-VENEGAS
7

8                    UNITED STATES DISTRICT COURT

9                   EASTERN DISTRICT OF CALIFORNIA

10 UNITED STATES OF AMERICA,      )  No. 2:10-cr-00401-MCE
                                  )
11              Plaintiff,        )  STIPULATION AND ORDER TO CONTINUE
                                  )  STATUS CONFERENCE TO JANUARY 13,
12      v.                        )  2011, AT 9:00 A.M.
                                  )
13 GERMAN GUTIERREZ-VENEGAS,      )  Date:  December 16, 2010
                                  )  Time:  9:00 a.m.
14              Defendant.        )  Judge: Hon. Morrison C. England
   ───────────────────────────────)
15

16      THE PARTIES STIPULATE, through counsel, Michele Beckwith,

17 Assistant United States Attorney, and Michael Petrik, Jr., attorney for

18 German Gutierrez-Venegas, that the Court should vacate the status

19 conference scheduled for December 16, 2010, at 9:00 a.m., and reset it

20 for January 13, 2011, at 9:00 a.m.

21      Counsel for defendant requires further time to review discovery

22 with Mr. Gutierrez.  Counsel also requires time to discuss the plea

23 agreement with Mr. Gutierrez.

24 ///

25 ///

26 ///

27

28                                  1

1    The parties further stipulate that the Court should exclude the

2  period from the date of this order through January 13, 2011, when it

3  computes the time within which the trial of the above criminal

4  prosecution must commence for purposes of the Speedy Trial Act.  The

5  parties stipulate that the ends of justice served by granting Mr.

6  Gutierrez's request for a continuance outweigh the best interest of the

7  public and Mr. Gutierrez in a speedy trial, and that this is an

8  appropriate exclusion of time for defense preparation within the

9  meaning of 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) (Local Code T4).

10 Dated: December 14, 2010          Respectfully submitted,

11                                   DANIEL BRODERICK
                                     Federal Defender
12
                                     /s/ M.Petrik
13
                                     _____
                                     MICHAEL PETRIK, Jr.
14                                   Assistant Federal Defender

15 Dated: December 14, 2010          BENJAMIN B. WAGNER
                                     United States Attorney
16
                                     /s/ M.Petrik for
17
                                     _____
                                     MICHELE BECKWITH
18                                   Assistant U.S. Attorney

19

20

21

22

23

24

25

26

27

28                                        2

1

**ORDER**

2      **IT IS SO ORDERED.**   The status conference is continued to January

3  13, 2011, at 9:00 a.m.   The Court finds that a continuance is necessary

4  for the reasons stated above, and further finds that the ends of

5  justice served by granting a continuance outweigh the best interests of

6  the public and the defendant in a speedy trial.   Time is therefore

7  excluded from the date of this order through January 13, 2011, pursuant

8  to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

9
  Dated: December 14, 2010

10

11  _____

12  MORRISON C. ENGLAND, JR.
   UNITED STATES DISTRICT JUDGE

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28                                   3