1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  MICHAEL PETRIK, Jr., #177913
   Assistant Federal Defender
3  Designated Counsel For Service
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone: (916) 498-5700
5

6  Attorneys for Defendant
   GERMAN GUTIERREZ-VENEGAS
7

8                  UNITED STATES DISTRICT COURT

9                  EASTERN DISTRICT OF CALIFORNIA

10 UNITED STATES OF AMERICA,    ) No. 2:10-cr-00401-MCE
                                )
11            Plaintiff,        ) STIPULATION AND ORDER TO CONTINUE
                                ) STATUS CONFERENCE TO FEBRUARY 17,
12      v.                      ) 2011, AT 9:00 A.M.
                                )
13 GERMAN GUTIERREZ-VENEGAS,    ) Date:  January 13 2011
                                ) Time:  9:00 a.m.
14            Defendant.        ) Judge: Hon. Morrison C. England
   _____)
15

16      THE PARTIES STIPULATE, through counsel, Michele Beckwith,

17 Assistant United States Attorney, and Michael Petrik, Jr., attorney for

18 German Gutierrez-Venegas, that the Court should vacate the status

19 conference scheduled for January 13, 2011, at 9:00 a.m., and reset it

20 for February 17, 2011, at 9:00 a.m.

21      Counsel for defendant requires further time to review discovery

22 with Mr. Gutierrez.  Counsel also requires time to discuss the plea

23 agreement with Mr. Gutierrez.

24 ///

25 ///

26 ///

27

28                              1

1     The parties further stipulate that the Court should exclude the
2 period from the date of this order through February 17, 2011, when it
3 computes the time within which the trial of the above criminal
4 prosecution must commence for purposes of the Speedy Trial Act.  The
5 parties stipulate that the ends of justice served by granting Mr.
6 Gutierrez's request for a continuance outweigh the best interest of the
7 public and Mr. Gutierrez in a speedy trial, and that this is an
8 appropriate exclusion of time for defense preparation within the
9 meaning of 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) (Local Code T4).

10 Dated: January 7, 2011           Respectfully submitted,

11                                         DANIEL BRODERICK
                                        Federal Defender
12
                                        /s/ M.Petrik
13                                         _____
                                        MICHAEL PETRIK, Jr.
14                                         Assistant Federal Defender

15 Dated: January 7, 2011           BENJAMIN B. WAGNER
                                        United States Attorney
16
                                        /s/ M.Petrik for
17                                         _____
                                        MICHELE BECKWITH
18                                         Assistant U.S. Attorney

19

20

21

22

23

24

25

26

27

28                                  2

**ORDER**

   **IT IS SO ORDERED.**   The status conference is continued to February 17, 2011, at 9:00 a.m.   The Court finds that a continuance is necessary for the reasons stated above, and further finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.   Time is therefore excluded from the date of this order through February 17, 2011, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

  Dated: January 13, 2011

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE